RICHARD I. DREITZER
Nevada Bar No. 6626
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Fax:         (702) 597-5503
rdreitzer@foxrothschild.com
*Attorneys for Hartford Life and Accident Insurance*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA LISK, | CASE NO: 2:09-cv-01077-JCM-LRL |
| Plaintiff, | |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and Plaintiff DONNA LISK, having consulted and come to a mutual understanding, have agreed to enter into a Stipulation as follows:

///

///

///

///

///

///

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169

VG1 90929v1 06/28/11

IT IS HEREBY STIPULATED, by and between Defendant and Plaintiff, that Plaintiff's causes of action in the above-captioned action be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 28th day June, 2011.

| LAW OFFICES OF STEVEN J. PARSONS | FOX ROTHSCHILD, LLP |
|---|---|
| By: *(signature)* | By: *(signature)* |
| STEVEN J. PARSONS, ESQ.<br>7201 West Lake Mead Blvd., #108<br>Las Vegas, Nevada 89128<br>*Attorney for Plaintiff* | RICHARD I. DREITZER, ESQ.<br>3800 Howard Hughes Parkway, #500<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

### ORDER

Pursuant to the Stipulation between Plaintiff and Defendants, it is hereby

**ORDERED** that all causes of action by Plaintiff Donna Lisk be, and the same are hereby DISMISSED WITH PREJUDICE as to the Defendant herein.

Dated this 30th day of June, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169

VG1 90929v1 06/28/11